IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-90-1F(4)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL SHAWN BROWN | ) | |

This matter is before the Court upon a joint motion by the United States and the defendant to extend and establish certain pretrial deadlines as described in the Motion. For good cause shown, the motion is GRANTED. The pre-trial schedule in this case is extended and established as follows:

| | |
|---|---|
| Discovery[1] Due: | October 31, 2011 |
| Pre-Trial Motions Due: | November 1, 2011 |
| Responses Due: | November 22, 2011 |
| Arraignment and Trial: | January 17, 2012 |

Per the agreement of the parties, and for good cause shown, all time from the date of this order until the date of the arraignment is excluded in computing the time within which the trial must commence pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (h)(7)(B)(ii). The ends of justice served by taking this action outweigh the best interest of the

---

[1] Discovery due under this Deadline includes reciprocal discovery under Federal Rule of Criminal Procedure 16(B) and Local Criminal Rule 16.1.

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Additionally, this case is also so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the usual time limits. 18 U.S.C. § 3161(h)(7)(B)(ii).

SO ORDERED.

This the 1st day of September, 2011.

JAMES C. FOX
Senior United States District Judge