IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-90-1F(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| MICHAEL SHAWN BROWN | ) | |
| | ) | |

THIS MATTER CAME ON FOR HEARING upon the United States' Motion to Seal dated November 29, 2011. For good cause shown, the Government's motion is hereby allowed. The Court orders that the pleading attached to the Motion to Seal, and any subsequent Order by the Court granting or denying the motion, be placed under seal and made available only to counsel for the Government, other representatives of the Government, and counsel for Defendant.

IT IS SO ORDERED, this the 30th day of November, 2011.

_____
Honorable James C. Fox
Senior United States District Judge