UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-90-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL BROWN, | ) | |
| Defendant. | ) | |

The court has been advised by Suzanne R. Hastings, Warden, Metropolitan Correctional Center - New York, that the defendant was designated at that institution on December 21, 2011. As a result, Warden Hastings has requested that the evaluation period be extended for 45 days from the date of Lucas's arrival at the facility.

For good cause shown, the Warden's request is ALLOWED. It is ORDERED that the observation period for the evaluation ordered herein shall conclude on **February 3, 2012.**

At the end of that period, the mental health evaluation staff promptly shall submit a written report as directed in the court's order of admission, and facility shall notify the United States Marshal that the defendant is ready to be retrieved. The period of delay resulting from this extension shall be excluded from calculation of the defendant's speedy trial time pursuant to 18 U.S.C. § 3161.

SO ORDERED.

This the 6th day of January, 2012.

JAMES C. FOX
Senior United States District Judge