UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:11-CR-90-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER TO SEAL |
| | ) | |
| MICHAEL SHAWN BROWN, | ) | |
| Defendant. | ) | |

This matter coming on to be heard and being heard by the undersigned United States District Court Judge on Defendant's Motion to Seal Docket Entry No. 73. The Motion to Seal is GRANTED and Docket Entry No. 73 is ordered to be kept under SEAL, pending further Order of this Court.

This 20th day of July, 2012.

James C. Fox
Senior United State District Judge